```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION
```

CHARLES JOHNSON, Individually and as
Personal Representative of the Estate
of ETHEL JOHNSON, and on Behalf of and
for the Use and Benefit of the Wrongful
Death Beneficiaries of ETHEL JOHNSON                PLAINTIFF


VS.                            CIVIL ACTION NO. 3:15-cv-238-WHB-JCG


TRINITY MISSION HEALTH & REHAB OF CLINTON, LLC,
d/b/a TRINITY HEALTH & REHAB OF CLINTON; ET AL.     DEFENDANTS


## FINAL ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal entered by the parties, wherein all stipulate to the dismissal, with prejudice, of all claims in this lawsuit pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice.

SO ORDERED this the 9th day of November, 2016.

                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE